FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Teophelus Lee Usher, DEFENDANT(S). | SA15-551M-6 <br><br> ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of <u>defense counsel</u>, IT IS ORDERED that a detention hearing is set for <u>November 10</u>, <u>2015</u>, at <u>3:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Douglas F. McCormick, United States Magistrate Judge</u>, in Courtroom <u>6B</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 11/9/2015

DOUGLAS F. McCORMICK
~~U.S. District Judge~~/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                  Page 1 of 1